**HALPER SADEH LLP**
Zachary Halper, Esq.
36 Kingston Run
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIRAV PARIKH,<br><br>   Plaintiff,<br><br>   v.<br><br>RUDOLPH TECHNOLOGIES, INC., DAVID B. MILLER, JEFFREY A. AUKERMAN, LEO BERLINGHIERI, DANIEL H. BERRY, VITA CASSESE, THOMAS G. GREIG, III, MICHAEL P. PLISINSKI, and JOHN R. WHITTEN,<br><br>   Defendants. | Case No: 2:19-cv-17607-WJM-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nirav Parikh hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: November 7, 2019               Respectfully submitted,

                                      **HALPER SADEH LLP**

                                      /s/Zachary Halper
                                      Zachary Halper, Esq.
                                      36 Kingston Run
                                      North Brunswick, NJ 08902
                                      Telephone: (212) 763-0060

1

                 Facsimile: (646) 776-2600
                 Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 7, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                             /s/Zachary Halper
                                             Zachary Halper